IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| GRIFFIN TECHNOLOGY, INC., Plaintiff, | Civil No. 1:14-cv-765 |
| -v- | Hon. Liam O'Grady |
| GRIFFINDISCOUNT.COM, et al., Internet Domain Names, Defendants. | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 31, 2014. Dkt. No. 17. No objections have been filed by the parties. Based on a *de novo* review of the Complaint, Plaintiff's Motion for Default Judgment, and the supporting exhibits, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that

1. A default judgment is granted against the defendant domain names.

2. The registry VeriSign, Inc. must immediately change the registrar of record for griffindiscount.com and griffinsurvivordiscount.com to Namecheap.com, the registrar specified by Plaintiff.

3. Namecheap.com is directed to take the steps necessary to register griffindiscount.com and griffinsurvivordiscount.com in the name of Griffin Technology, Inc.

1

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58.

Date: November 25, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge